

**CHRYSLER**

**Your Chrysler Credit Card Statement**

**SCOTT M BECKLEY**
Account number ending in 1249
For billing cycle ending 05/22/2025

| | |
|---|---|
| New Balance | $9,658.40 |
| Minimum Payment | $369.86 |
| Payment Due | 06/20/2025 |

### Your Account Summary

| | |
|---|---|
| Previous Balance | $4,004.42 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $5,485.60 |
| Balance Transfers | $0.00 |
| Cash Advances | $0.00 |
| Fees Charged | $29.00 |
| Interest Charged | $139.38 |
| New Balance | $9,658.40 |
| Statement Closing Date | 05/22/25 |
| Days in Billing Cycle | 29 |
| Total Credit Limit | $9,500.00 |
| Available Credit | $0.00 |
| Cash Limit | $1,900.00 |
| Available Cash | $0.00 |

### Your Payment Information

| | |
|---|---|
| New Balance | $9,658.40 |
| Minimum Payment Due | $369.86 |
| Past Due Amount | $106.58 |
| Payment Due Date | 06/20/2025 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 years | $26,847 |
| $380 | 3 years | $13,680 (Savings $13,167) |

If you would like information about credit counseling services, call 1-866-486-6322.

**Important Information Regarding Your Account**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Important Information Regarding Your Account**

By your closing date, we had not received the required payment. Please forward the proper minimum amount due to bring your account current.

Issued by First National Bank of Omaha (FNBO®).
Chrysler is a registered trademark of FCA US LLC.

---

Please read entire statement for additional important information about your account.

**CHRYSLER**

Account Number XXXX-XXXX-XXXX-1249

| New Balance | Minimum Payment | Payment Due |
|---|---|---|
| $9,658.40 | $369.86 | 06/20/2025 |

Amount Enclosed: $ _____

Make checks payable to FNBO or pay online at card.fnbo.com/chrysler.

SCOTT M BECKLEY
6756 PHEASANT LN
OAK PARK CA 91377-3977

FNBO
P.O. Box 2557
Omaha, NE 68103-2557

☐ Change of Address? If yes, please complete the reverse side of the form.

▓▓▓▓▓▓▓▓▓▓▓▓ 1249  0000000036986   0000000965840

**CHRYSLER**

SCOTT M BECKLEY
Account number ending in 1249
Transactions for billing cycle ending 05/22/25

**CURRENT POINT BALANCE**

**11,190**

Use your card to earn **3** Points per $1 spent on all FCA purchases  **2** Points per $1 spent on travel  **1** Point per $1 spent on net purchases

Point activity summary for the period covered by this statement:

- 0 Points earned this month on FCA Purchases
- 0 Points earned this month on Travel Purchases
- 5,486 Points earned this month on all other Net Purchases
- 0 Bonus points earned this month
- 5,486 Total points earned this month
- 0 Points redeemed this month
- 11,190 Current point balance

Points that will be expiring on your next statement closing date.................0

Review your Reward Terms and Conditions for details including earning, redemption, expiration, or forfeiture.

119

## TRANSACTION DETAIL

**Transactions**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 04-22 | 04-24 | 52704875113192745974513 | TACO BELL 041617 TEMECULA CA | $17.79 |
| 04-23 | 04-24 | 55432865113209452124604 | QUICK LUBE & OIL NORCO CA | $48.63 |
| 04-24 | 04-25 | 55500805114316635570470 | CONEJO RECREATION AND THOUSAND OAKS CA | $380.00 |
| 04-26 | 04-28 | 55432865116200236560871 | DECKERS*HOKA ONE ONE 866-491-3125 CA | $182.33 |
| 05-01 | 05-02 | 55546505121324113568795 | YOUNG MENS CHRISTIAN A WESTLAKE VILL CA | $80.00 |
| 05-01 | 05-02 | 55263525122324831001135 | DISCOUNTCONTACTS.COM DULUTH GA | $313.17 |
| 05-03 | 05-05 | 55500365124327540503459 | HABIT AGOURA HILLS Q91 AGOURA HILLS CA | $10.31 |
| 05-03 | 05-05 | 05436845123300233469409 | RALPHS #0026 AGOURA CA | $124.37 |
| 05-04 | 05-05 | 05436845124300239662261 | RALPHS #0026 AGOURA CA | $9.87 |
| 05-04 | 05-05 | 02305375124300301929310 | TST* JAMBA JUICE - 104 AGOURA HILLS CA | $8.99 |
| 05-04 | 05-05 | 02305375124300301929492 | TST* JAMBA JUICE - 104 AGOURA HILLS CA | $7.99 |
| 05-05 | 05-06 | 05436845126500186392329 | PY *LA ESQUINA MEXICAN MONTEBELLO CA | $25.00 |
| 05-05 | 05-06 | 02305375126500331408510 | TRADER JOE S #247 AGOURA HILLS CA | $26.13 |
| 05-05 | 05-07 | 75547545126181100565350 | SPARKLING IMAGE CAR WA THOUSAND OAKS CA | $35.99 |
| 05-06 | 05-07 | 55310205127201546237237 | URBANE CAFE VENTURA CA | $31.97 |

## Transactions

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 05-07 | 05-08 | 55546505127331180179186 | YOUNG MENS CHRISTIAN A WESTLAKE VILL CA | $360.00 |
| 05-08 | 05-09 | 55432865128201668393878 | CHEWY.COM 800-672-4399 FL | $83.63 |
| 05-08 | 05-09 | 75260885128900015400079 | AKEY BRAKEY AUTO REPAI AGOURA HILLS CA | $2,993.51 |
| 05-08 | 05-12 | 55432865129201960725560 | IN-N-OUTWESTLAKEVILLAG WESTLAKE VILL CA | $11.36 |
| 05-09 | 05-12 | 82305095129500052639098 | TL* TLTHOUSAND OAKS SP WEXFORD PA | $97.77 |
| 05-10 | 05-12 | 12302025130000031658024 | PetSmart Phoenix AZ | $240.29 |
| 05-10 | 05-12 | 55310205131204169901703 | URBANE CAFE VENTURA CA | $13.63 |
| 05-10 | 05-12 | 05314615131500343658874 | KASTL AMUSEMENTS CASA GRANDE AZ | $43.68 |
| 05-10 | 05-12 | 05314615131500343658957 | KASTL AMUSEMENTS CASA GRANDE AZ | $41.60 |
| 05-10 | 05-12 | 05314615131500343659039 | KASTL AMUSEMENTS CASA GRANDE AZ | $43.68 |
| 05-13 | 05-15 | 55432865134203572725502 | TST*POQUITO MAS - BURB Burbank CA | $17.57 |
| 05-13 | 05-15 | 55432865134203568024290 | LADOT METER PARKING LOS ANGELES CA | $1.50 |
| 05-15 | 05-16 | 05436845136400069145803 | WM SUPERCENTER #5643 OXNARD CA | $9.02 |
| 05-15 | 05-16 | 55546505136340406100321 | PARKSMART THE COLLECTI WALNUT CREEK CA | $2.50 |
| 05-15 | 05-16 | 05314615136500269699774 | APTIVE ENVIRONMENTAL - CANOGA PARK CA | $119.00 |
| 05-15 | 05-19 | 52707155136010185707770 | THE HOME DEPOT #6662 THOUSAND OAKS CA | $14.64 |
| 05-15 | 05-19 | 85197015136980005406691 | LOVE PHO CAFE THE COLL OXNARD CA | $16.55 |
| 05-15 | 05-19 | 05436845136300260687316 | RALPHS #0026 AGOURA CA | $21.65 |
| 05-18 | 05-20 | 55432865139205338989376 | IN-N-OUTWESTLAKEVILLAG WESTLAKE VILL CA | $13.39 |
| 05-20 | 05-22 | 55308765141345945446045 | SHELL OIL 57444585103 AGOURA CA | $38.09 |

### Fees Charged

| | |
|---|---|
| LATE FEE | $29.00 |
| **Total Fees for this period** | **$29.00** |

### Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $139.38 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balance Transfers | $0.00 |
| **Total Interest for this Period** | **$139.38** |

### Charge Summary

Your Annual Percentage Rate (APR) is the annual interest rate on your account  (v) Variable rate  (f) Fixed rate

| | Annual Percentage Rate (APR) | Special Offer or Eligible Purchases APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 24.24% (v) | NA | $7,239.26 | 29 | $139.38 |
| Cash Advance | 29.49% (v) | NA | $0.00 | 29 | $0.00 |

### 2025 Total Year-to-Date

| | |
|---|---|
| Total Fees Charged in 2025 | $29.00 |
| Total Interest Charged in 2025 | $206.59 |

### Contact Information

| Contact us online | Talk To Us | Mail Payments To |
|---|---|---|
| card.fnbo.com/chrysler | 866-348-3507 We accept calls made through relay services (dial 711) | FNBO P.O. Box 2557 Omaha, NE 68103-2557 |