Cory J. Rooney (SBN 235838)
PO Box 382
Omaha, NE  68101
Telephone:  (402) 933-9865
Facsimile:   (402) 401-2701
Email:  rooneylaw@outlook.com
Attorney For Plaintiff
FIRST NATIONAL BANK OF OMAHA

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
(San Fernando Valley)

| | |
|---|---|
| IN RE:<br>SCOTT M. BECKLEY, and<br>MICHELLE K. BECKLEY,<br><br>　　　　　　　　　　Debtors. | Case No.   1:25-bk-11311-MB<br><br><br>Chapter  7 |
| FIRST NATIONAL BANK OF OMAHA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SCOTT M. BECKLEY,<br><br>　　　　　　　　　　Defendant. | **Date:  January 9, 2026**<br>**Time:  1:30 PM**<br>**Courtroom: 303**<br><br><br>A.P.  No. 1:25-01070<br><br>Hon. Judge Barash |

### **NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, First National Bank of Omaha, and notifies the Court that the Parties in this pending adversary proceeding have reached a settlement agreement.   This matter is currently set for a Status Conference on January 9, 2026 at 1:30 PM.  The Parties hope to file the appropriate settlement documents in the next two weeks.

Dated: January 8, 2025

                FIRST NATIONAL BANK OF OMAHA

                By: /s/ Cory J. Rooney
                Cory J. Rooney, #235838
                PO Box 382
                Omaha, NE  68101
                Phone:  402.933-9865
                Fax:  402.401.2701
                Email:  rooneylaw@outlook.com
                Attorney For Plaintiff

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
PO Box 382, Omaha, NE  68101

A true and correct copy of the foregoing document entitled (*specify*): Notice of Settlement

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/08/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/08/2026 | Cory J. Rooney | /s/ Cory J. Rooney |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**