Cory J. Rooney (SBN 235838)
PO Box 382
Omaha, NE 68101
Telephone: (402) 933-9865
Facsimile: (402) 401-2701
Email: rooneylaw@outlook.com
Attorney For Plaintiff
FIRST NATIONAL BANK OF OMAHA

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
(San Fernando Valley)

| | |
|---|---|
| IN RE:<br>SCOTT M. BECKLEY, and<br>MICHELLE K. BECKLEY,<br><br>　　　　　　Debtors. | Case No.  1:25-bk-11311-MB<br><br>Chapter 7 |
| FIRST NATIONAL BANK OF OMAHA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SCOTT M. BECKLEY,<br><br>　　　　　　Defendant. | Date:  February 12, 2026<br>Time:  1:30 PM<br>Courtroom: 303<br><br>A.P. No. 1:25-01070<br><br>Hon. Judge Barash |

### JOINT NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, First National Bank of Omaha and Defendant, Scott M. Beckley, and provide Notice to the Court that pursuant to Fed. R. Civ. P. 41 made applicable by Bankruptcy Rule 7041 they agree to dismiss this pending adversary with prejudice. The Parties have resolved the matter.

**IT IS SO STIPULATED:**

Date: February 11, 2026

_____
CORY J. ROONEY
Attorney for Plaintiff

1
2
3
4   Date: February 10, 2026

                                              BENJAMIN HESTON
5                                                 Attorney for Defendant

6
7   .
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
PO Box 382, Omaha, NE 68101

A true and correct copy of the foregoing document entitled (*specify*): Notice of Joint Dismissal

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/11/2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/11/2026 | Cory J. Rooney | /s/ Cory J. Rooney |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                            **F 9013-3.1.PROOF.SERVICE**