Cory J. Rooney (SBN 235838)
PO Box 382
Omaha, NE 68101
Telephone: (402) 933-9865
Facsimile: (402) 401-2701
Email: rooneylaw@outlook.com
Attorney For Plaintiff

**FILED & ENTERED**

**FEB 19 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SCOTT M. BECKLEY, and<br><br>MICHELLE K. BECKLEY,<br><br>Debtors. | Case No: 1:25-bk-11311-MB<br><br>Adv. No: 1:25-ap-01070-MB<br><br>Chapter 7 |
| FIRST NATIONAL BANK OF OMAHA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT M. BECKLEY,<br><br>Defendant. | |

**<u>ORDER</u>**

The Court, having reviewed and considered the "Joint Dismissal with Prejudice" [Adv.Docket No. 8] entered into by and between Scott M. Beckley, by and through their attorneys of record, and First National Bank of Omaha, by and through its attorneys of record, and good cause appearing therefore,

- 1 -

IT IS HEREBY ORDERED that this adversary proceeding is dismissed with prejudice *pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7041*.

###

Date: February 19, 2026

Martin R Barash
United States Bankruptcy Judge