United States Bankruptcy Court

Central District of California

First National Bank Of Omaha,
    Plaintiff

Beckley,
    Defendant

Adv. Proc. No. 25-01070-MB

# CERTIFICATE OF NOTICE

District/off: 0973-1      User: admin      Page 1 of 1
Date Rcvd: Feb 19, 2026      Form ID: pdf031      Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | Scott M Beckley, 6756 Pheasant Ln, Oak Park, CA 91377-3977 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: collecadminbankruptcy@fnni.com | Feb 20 2026 01:31:00 | First National Bank Of Omaha, 1620 Dodge St., Omaha, NE 68197 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Defendant Scott M Beckley bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Cory J Rooney | on behalf of Plaintiff First National Bank Of Omaha rooneylaw@outlook.com |
| Jeremy W. Faith (TR) | Trustee@MarguliesFaithlaw.com C118@ecfcbis.com;leedowding@gmail.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 4

| | |
|---|---|
| 1 | Cory J. Rooney (SBN 235838) |
| 2 | PO Box 382<br>Omaha, NE 68101 |
| 3 | Telephone: (402) 933-9865<br>Facsimile: (402) 401-2701 |
| 4 | Email: rooneylaw@outlook.com<br>Attorney For Plaintiff |

**FILED & ENTERED**

**FEB 19 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re:

SCOTT M. BECKLEY, and

MICHELLE K. BECKLEY,

　　　　Debtors.

Case No: 1:25-bk-11311-MB

Adv. No: 1:25-ap-01070-MB

Chapter 7

---

FIRST NATIONAL BANK OF OMAHA,

　　　　Plaintiff,

v.

SCOTT M. BECKLEY,

　　　　Defendant.

## <u>ORDER</u>

　　　　The Court, having reviewed and considered the "Joint Dismissal with Prejudice" [Adv.Docket No. 8] entered into by and between Scott M. Beckley, by and through their attorneys of record, and First National Bank of Omaha, by and through its attorneys of record, and good cause appearing therefore,

IT IS HEREBY ORDERED that this adversary proceeding is dismissed with prejudice *pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7041*.

###

Date: February 19, 2026

Martin R Barash
United States Bankruptcy Judge